**DAVID M.C. PETERSON**
California State Bar No. 254498
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5030
Telephone: (619) 234-8467
Email: David_Peterson@fd.org

Attorneys for Mr. Gutierrez

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

**(HONORABLE GORDON THOMPSON, JR.)**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>**HECTOR GUTIERREZ-ROMERO,**<br><br>Defendant. | ) | Case No. 08CR313-L<br><br>DATE: MARCH 24, 2008<br>TIME: 9:30 a.m.<br><br>**APPLICATION FOR AN ORDER AUTHORIZING DEFENSE TO BRING IN COMPUTER EQUIPMENT TO COURTROOM.** |

Defense counsel anticipates using the electronic equipment during sentencing due to the nature of some of the sentencing materials necessary to provide the court with sufficient information under 18 U.S.C. § 3553(a). Therefore, counsel requests that the court grant the instant Application for an Order to allow defense counsel to bring in the necessary electronic equipment.

Respectfully submitted,

Date: March 20, 2008

*/s/ David M.C. Peterson*
**DAVID M.C. PETESRON**
Federal Defenders of San Diego, Inc.
Attorneys for Mr. Gutierrez

**CERTIFICATE OF SERVICE**

Counsel for Defendant certifies that the foregoing is true and accurate to the best information and belief, and that a copy of the foregoing document has been caused to be delivered this day upon:

Courtesy Copy to Chambers

Copy to Assistant U.S. Attorney via ECF NEF

Dated: March 20, 2008

/s/ DAVID M. PETERSON

Federal Defenders of San Diego, Inc.
225 Broadway, Suite 900
San Diego, CA 92101-5030
(619) 234-8467 (tel)
(619) 687-2666 (fax)
David_Peterson@fd.org
David_Peterson@fd.org (email)