FILED
MAR 2 5 2008

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(HONORABLE GORDON THOMPSON, JR.)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08cr313-1 |
| | ) | |
| Plaintiff, | ) | DATE:  MARCH 26, 2008 |
| | ) | TIME:  9:30 a.m. |
| v. | ) | |
| | ) | |
| HECTOR GUTIERREZ-ROMERO, | ) | ORDER PERMITTING COMPUTER |
| | ) | EQUIPMENT |
| Defendant. | ) | |
| | ) | |
| | ) | |

  **IT IS HEREBY ORDERED** that defense counsel and/or defense representatives may bring the following audio-visual, and computer equipment, into the courthouse, for sentencing on March 26, 2008, at 9:30 a.m. for sentencing, which may include: a laptop computer, a video projector, an ELMO projector, other related computer equipment, and necessary cables (*i.e.*, extension cords, computer and projector cables, *et cetera*).

**SO ORDERED.**

Dated: 3-25-08

_____
HONORABLE GORDON THOMPSON, JR.
United States District Judge

08CR313-L